IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM GARNER, III, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:03-cv-762-MEF |
| | ) |
| JEFFREY WILLIAMS, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 2, 2006 (Doc. #20), said Recommendation is hereby ADOPTED and it is the ORDER, JUDGMENT and DECREE that the defendants' motion for summary judgment is GRANTED and that this case is DISMISSED with prejudice with costs taxed to the plaintiff.

DONE this 23rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE