IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM GARNER, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:03-cv-762-MEF |
| | ) | |
| JEFFREY WILLIAMS, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, that this action is DISMISSED with prejudice and costs are taxed to the plaintiff.

DONE this 23rd day of May, 2006.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE